JOHN S. THOLEN, as Guardian ad Litem, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued March 20, 1895; decided April 9, 1895.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made November

26, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Albert C. Tennant* for appellant.

*Thomas E. Pearsall* for respondent.

Agree to affirm ; no opinion.
All concur, except GRAY, J., not sitting.
Judgment affirmed.